UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

In re DEBORA K. RANKIN,           )   Case No. 12-62338-LYN
                                  )
           Debtor,                )   Chapter 7
                                  )   M-23

## MEMORANDUM and ORDER

On October 12, 2012, the Debtor filed a petition initiating the above-styled chapter 7 case.

On October 29, 2012, the debtor filed a motion (docket no. 23) seeking an extension of the automatic stay and asking the court to enjoin the City of Lynchburg and Appalachian Electric from collecting any further deposit or disrupting her utility service.

The relief requested in the motion duplicates the relief requested by the Debtor in two previous motions, those entered on docket as nos. 16 and 17. The above-styled motion sets out no alternative grounds for relief. The motions entered on docket as no. 16 and no. 17 have been or will be resolved by separate hearing, consideration and orders of this court. Accordingly, the above styled motion (docket no. 23) is duplicative, is rendered moot and will, accordingly, be dismissed.

## ORDER

For the reasons stated above, the above-styled motion entered on docket as docket #23, shall be, and hereby is, dismissed.

So ORDERED.

Upon entry of this Order the Clerk shall forward a copy to Appalachian Electric Power, the City of Lynchburg, the Chapter 7 trustee and the Debtor.

**Said service upon Appalachian Electric Power shall be effected by first class mail at:**

1

**Appalachian Electric Power**
**P.O. Box 2021**
**Roanoke, Virginia 24002-2121**

**Said Service upon Appalachian Electric Power shall also be effect by email at:**

**GTHOLLAND@AEP.COM**

**Entered on this 12th day of December, 2012.**

_____
**William E. Anderson**
**United States Bankruptcy Judge**